FILED

2014 JAN 30 PM 1:42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 13CR3511-WQH |
| Plaintiff, | ) ) ) | JUDGMENT AND ORDER GRANTING MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| v. | ) ) | |
| FRANCISCO GUTIERREZ-GONZALEZ | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to the Government's Motion, IT IS HEREBY ORDERED that the Indictment be dismissed without prejudice.

SO ORDERED.

DATED: 1/30/14

THE HONORABLE WILLIAM Q. HAYES
United States District Judge

1